PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE __WESTERN__ DISTRICT OF TEXAS
__MIDLAND__ DIVISION

FILED
MAR 07 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ___KG___
DEPUTY

__Kior De'jay Goodley__
Plaintiff's Name and ID Number

__Rolling Plains Detention Center__
Place of Confinement

CASE NO. __7:22-cv-050__
(Clerk will assign the number)

v.

__DEPUTY U.S MARSHALL__
__SHANNON MOYE__
__200 E WALL__
__MIDLAND TX 79701__
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES  ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: ~~~~~~~~~~~~~~~~
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned:_____
      6. Disposition: (Was the case dismissed, appealed, still pending?)_____
      7. Approximate date of disposition:_____

2

II. PLACE OF PRESENT CONFINEMENT: Rolling Plains Detention Haskell, TX

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution. COPIES NOT PROVIDED BY INSTITUTION FOR STEP 2

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Kior De'jay Goodley #2021086171 P.O Box 847 HASKELL TX 79502

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: SHANNON MOYE, DEPUTY U.S MARSHALL 200 E WALL MIDLAND TX 79701

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. ORDERED ME TO BE HOUSED IN SEG W/O REASON(S) AND OR ACTS THAT I DID NOT COMMIT.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On Nov 22 Shannon Moye ordered Rolling Plains to seg me for some reasons that me nor my attorney were advised of prior to me being put in seg the following days tablet/phone/mail restrictions were applied without reason(s) as to why I stayed in seg until early January for acts that I did not commit I was deprived of mail/tablet/phone to contact courts to withdraw my plea and contact family

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant my withdrawl of Guilty Plea ~~$1,000,000~~ $750,000.00

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Kior De'jay Goodley

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#2021086171 / #1788726 / #80975-280

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?   ___YES ___NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ____YES  _X_NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 
            DATE


(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___22___ day of ___FEBUARY___, 20 _22_.
            (Day)                  (month)              (year)


(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

| LASALLE CORRECTIONS | Rolling Plains Regional Jail and Detention Center | Step Etapa 1 | GRIEVANCE FORM Formulario de Queja |
|---|---|---|---|

Detainee/Inmate- Attempt informal resolution with a Staff Supervisor. If you feel that the issue is not resolved, complete the form with the information requested. If what you describe is not grievable or unreadable the form will be returned to you without action. If this is an Emergency immediately contact a staff member. (An Emergency is defined as an immediate threat to your welfare of safety).

Detenido/Presidiario: Si usted tiene una queja o problema intente resolverlo de manera informal con us supervisor o oficial. Si el problema no se resuelve completamente, solicite un formulario de queja. Al describir el problema o queja hagalo de manera legible y clara de lo contrario sera devuelto a usted sin accion. Si se trata de una Emergencia pongase contacto inmediatamente con un miembro del personal. (una emergencia se define como una amenaza inmediata para su seguridad y para el bienestar de la seguridad.)

**Grievance Number / Numero de Quejas:**

**DETAINEE/INMATE NAME/NOMBRE:** KIOV D. GOODLEY
**DETAINEE/INMATE NUMBER/NUMERO:** #2021086171
**HOUSING / UBICACION:** D-SEG

Describe the nature or description of problem. Print or write legible. Include time, date and names of persons involved or witnessing the incident. Each grievance form filed by the detainee must contain only one subject. No detainee may submit a grievance on another detainee's behalf. A grievance must be filed within 5 days of original incident or issue. Be as concise as possible.

Describe el problema o queja: Hagalo de forma clara, legible, y concisa. Incluya fecha, hora, y nombres de los involucrados o implicados. Si se recibira una queja/problema por formulario (de un solo evento) y de manera individual. No puede realizarse en nombre de otro u otros detenidos. (Debe ser perdonalizado el escrito) Una queja deb presentarse en un lapso menor de 5 dias inmediatos al evento u incidente.

I HAVE BEEN HOUSED OVER A WEEK IN SEG WITHOUT REASON OR AS TO EXPLANATION WHY I HAVE BEEN WITHOUT EMAIL/PHONE ALSO WITHOUT REASONABLE EXPLANATION AS TO WHY? I HAVE NO MEANS TO CONTACT FAMILY I'VE BEEN DENIED ATTORNEY CALLS ALL BUT ONCE RANK HAS IGNORED ME SINCE MY FIRST DAY HERE IN SEG. I HAD TO WRITE HOME ON A PIECE OF PAPER LIKE IT WAS A POSTCARD BECAUSE I COULDN'T GET A ENVELOPE FROM STORE.

**Date/Time -Fecha/Hora:** 12-2-21
**Detainee/Inmate Signature - Su Firma:** Kior Go
**Emergency:** (X) YES ( ) NO
**Emergencia:** ( ) SI ( ) NO

RECEIVED

Detainees DO NOT write below this line.   Detenidos NO escriben debajo de esta lina.

**Date/Time Received-Fecha:** DEC 03 2021
**Grievance Coordinator Name:** D. Olivera
**Emergency:** ( ) YES (X) NO
**Emergencia:** ( ) SI ( ) NO

Disposition of Grievance Step 1 ( within 5 business days of receipt) Your Grievance has been carefully reviewed and the following response is submitted.
Disposicion de queja de etapa 1. (dentro de los 5 dias habiles siguientes a la recepcion) Su reclamo ha sido cuidadosamente revisado y se presenta la siguiente respuesta.

Upon speaking to Captain and Major, they have clarified you have been placed in Segregation with restrictions per the U.S. Marshal. You have access to paper request and can write letters to family and friends. A request can be submitted to call your attorney. Until further notice you will be in segregation.

**Date of Response:** 12/3/21
**Responding Staff Member:** Sgt. D. Olivera
**Grievance Resolved:** ( ) YES ( ) NO
**Detainee/Inmate Signature/ Firma:** Kior

If you believe the issue was not resolved and desire to appeal to Step 2: Request a step 2 grievance from the housing unit officer or any facility staff member.
Si cree que el problema no se reosolvio y el deseo de apelar a la Etapa 2: Solicitar un formulario de queja a la etapa 2 de la official de la unidad de vivienda o cualquier miembro de personal de la institution.

# REQUEST FORM

Name: KIOR GOODLEY          Date: 12-2-21

#: 2021086171               Tank: D-SEG

**Please Check the correct box**

| | | |
|---|---|---|
| ☐ Warden | ☐ Food Services | ☐ Recreation |
| ☐ Captain | ☐ Laundry | ☐ Library |
| ☐ PREA | ☐ Property | |
| ☐ Phone Services | ☐ Mail Room | |
| ☐ Commissary | ☐ Intake | ☒ Compliance |
| ☐ Chaplain | ☐ Barbershop | ☐ Shift Lt's |

**Write Request Here**

I NEED TO KNOW WHY IM BEING HOUSED IN SEG & WHY? + WHY AM I NOT ABLE TO GO TO STORE - USE PHONE / OR EMAIL IM NOT HERE ON DISPLINARY

RECEIVED DEC 08 2021

**For Official use only, Do Not Write below this line**

Officer: Sgt. B. Oliver          Date: 12/3/202

Reply: Per The USMS you are in segregation with those restrictions.

Sgt B.O.

Ir. Kior Goodley
2021086171
.O. Box 847
Iaskell, TX 79502

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



MAR 05 2022    MAR 05
USPS    USPS

RECEIVED
MAR 0 7 2022
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Clerk, US District Court
Western District Of Texas
United States Courthouse
200 E Wall Street Room #222
Midland, Texas 79701