UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| KIOR DEJAY GOODLEY | § | |
| | § | |
| vs. | § | NO:  MO:22-CV-00050-DC |
| | § | |
| SHANNON MOYE | § | |

### FINAL ORDER OF TRANSFER

On this day, the Court entered an Order *sua sponte* transferring this cause to the United States District Court for the Northern District of Texas, Abilene Division.

Accordingly, Plaintiff's Complaint, filed pursuant to 42 U.S.C. §1983, shall be **TRANSFERRED** to the United States District Court for the Northern District of Texas, Abilene Division in the interest of justice and pursuant to the venue statutes.

It is so **ORDERED.**

**SIGNED this 8th day of March, 2022.**

**DAVID  COUNTS**
**UNITED STATES DISTRICT JUDGE**